IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 1 1 2004

Michael N. Milby, Clerk

11

| | | |
|---|---|---|
| WILLIAM SCOTT | § | |
| | § | |
| VS. | § | C.A. NO. G-04-150 |
| | § | |
| | § | |
| NOBLE DRILLING CORPORATION | § | RULE 9(h) ADMIRALTY |

**ORDER**

Came on for consideration Plaintiff's Unopposed Motion for Leave to File First Amended Complaint. The Court after having read the pleadings is of the opinion that same Motion is good and it should be granted, it is therefore;

ORDERED, that Plaintiff is granted leave of Court to file his First Amended Complaint and the First Amended Complaint is hereby deemed filed.

SIGNED this 11th day of May, 2004.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE